IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CV-339-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MCKOY LAND LOCATED AT 12090 OLD | : |
| MINTZ HIGHWAY, GARLAND, NORTH | : |
| CAROLINA, AS MORE PARTICULARLY | : |
| DESCRIBED IN A DEED RECORDED IN | : |
| BOOK 1257, PAGE 869 OF THE SAMPSON | : |
| COUNTY REGISTRY, AND BEING TITLED | : |
| IN THE NAME OF MYRLE K. CARR; | : |
| AND ANY AND ALL PROCEEDS FROM THE | : |
| SALE OF SAID PROPERTY, | : |
| | : |
| Defendant. | : |

**<u>CONSENT ORDER AS TO CLAIMANT SAMPSON COUNTY, NORTH CAROLINA</u>**

By signing below, the undersigned parties have consented to the entry of this Order and have informed the Court the following:

1. They have settled the litigation in this matter.

2. The parties' settlement constitutes the full and complete record of this agreement of this matter. There are no other terms of this agreement in addition to or different from the terms contained herein.

It is, therefore,

ORDERED that the Settlement Agreement is APPROVED, each party to bear its own attorneys' fees, costs, and expenses. It is further

ORDERED that the defendant property is forfeited to the United States and the United States is directed to dispose of the defendant property according to law, but on sale by the United States, the Sampson County ad valorem taxes shall be paid in full from the proceeds of sale.

SO ORDERED this 27 day of October, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge

Consented to by:

/s/ Stephen A. West
STEPHEN A. WEST
Attorney for United States of America

/s/ Luther D. Starling, Jr.
LUTHER D. STARLING, JR.,
Attorney for Claimant
Sampson County, North Carolina